UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      25cr249-3(DLC)
            -v-                          :
                                         :      ORDER
JOSHUA GUTIERREZ,                        :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a bail review conference for defendant Joshua Gutierrez is scheduled for June 18, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 13, 2025

                                    _____
                                        DENISE COTE
                               United States District Judge