```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    25cr249-3(DLC)
            -v-                          :
                                         :         ORDER
JOSHUA GUTIERREZ,                        :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a conference is scheduled for September 10, 2025 at 11:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 9, 2025

                                              DENISE COTE
                              United States District Judge