# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 16, 2025

*By ECF and e-mail*

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Joshua Gutierrez*, 25 Cr. 249 (DLC)

Dear Judge Cote:

I write on consent (Pretrial Services Officer Vanessa Perdomo) to respectfully request that the Court permit Mr. Gutierrez – who is on home detention – to celebrate Christmas Day and New Year's Day with his family. The Government – per Assistant U.S. Attorney Varun Gumaste – defers to Pretrial Services.

Mr. Gutierrez will provide address and contact information to Pretrial Services at least 48 hours in advance of travel (the celebrations will be held either at his mother's house in Queens, or his grandmother's home in Manhattan), and Pretrial Services will provide Mr. Gutierrez with an appropriate schedule for each day.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ _____

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.    Varun Gumaste, Esq., by ECF and by e-mail
       Vanessa Perdomo, by e-mail

*Granted.*
*[signature] Denise Cote*
*12/16/25*