# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2026

*By ECF*

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Granted.*
*Denise Cote*
*1/13/26*

Re:     *United States v. Joshua Gutierrez*, 25 Cr. 249 (DLC)

Dear Judge Cote:

I write on consent (Pretrial Services Officer Vanessa Perdomo) to respectfully request that the Court terminate the condition of location monitoring – effective January 22, 2026 – so that Pretrial Services can remove Mr. Gutierrez's monitoring bracelet in advance of his surrender for the service of his sentence on January 23, 2026.

On December 11, 2025, the Court sentenced Mr. Gutierrez principally to a term of 41 months' imprisonment, and scheduled his voluntary surrender for January 23, 2026. As a condition of his release, Mr. Gutierrez has been on location monitoring since his arrest in April 2025. Pretrial Services requires an order to permit it to remove Mr. Gutierrez's location monitoring bracelet and collect the monitoring equipment in advance of his surrender. Accordingly, I respectfully request that the Court terminate the conditon of location monitoring effective January 22, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

/s/_____

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.     Varun Gumaste, Esq., by ECF and by e-mail
Vanessa Perdomo, by e-mail